# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:

DESIGNATION OF CHAIR AND VICE-CHAIR OF THE CONTINUING LEGAL EDUCATION BOARD

:  No. 725
:
:  SUPREME COURT RULES DOCKET
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 15th day of February, 2017, Gretchen A. Mundorff, Esquire, is hereby designated as Chair, and Anthony C. Aliano, Esquire, is designated as Vice-Chair, of the Continuing Legal Education Board, commencing April 7, 2017.